■ In the Matter of TINA G. and Another. ALLEN J. G., Appellant; WAYNE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [648 NYS2d 389] —Motion to dismiss appeal granted. Memorandum: No appeal lies from an order entered on consent (*see, Matter of Cherilyn P.*, 192 AD2d 1084, *lv denied* 82 NY2d 652) and any motion to set aside or vacate such order must be addressed to the court that entered the order. Present—Pine, J. P., Lawton, Wesley, Doerr and Balio, JJ.

■ In the Matter of ISAAC MICHAEL H. HEATHER H., Appellant; CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [648 NYS2d 392] —Motion to dismiss denied. Memorandum: The motion is unnecessary. The appeal was deemed abandoned and dismissed on May 31, 1996 (*see*, 22 NYCRR 1000.3 [b] [2] [i]). Present—Pine, J. P., Lawton, Wesley, Doerr and Balio, JJ.

■ DEBBIE A. WOJICK, Plaintiff, v RICHARD J. WOJICK, Defendant. [648 NYS2d 390] —Motion to reverse judgment and for other relief denied. Memorandum: There is no appeal pending before this Court. Moreover, no appeal lies from a judgment entered upon default (CPLR 5511; *Brannigan v Dubuque*, 199 AD2d 851). Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.

■ NOEL TYLER, Appellant, v ROBERT OAKS, as Executor of EDNA B. OAKS, Deceased, Respondent. [648 NYS2d 392] —Motion to dismiss appeal denied. Memorandum: The defect in the notice of appeal is a misdescription that should be disregarded (*see, Watergate II Apts. v Buffalo Sewer Auth.*, 46 NY2d 52, 57, n). Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.

■ SERGIO A. PEREZ, Respondent, v PATRICE S. PEREZ, Appellant. [648 NYS2d 390] —Motion to dismiss appeal denied. Memorandum: The time to take an appeal begins to run upon the service of the order with notice of entry (*see*, CPLR 5513 [a]). Counsel does not assert that the order has been served with notice of entry. Present—Green, J. P., Lawton, Callahan, Doerr and Balio, JJ.